1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ENRIQUE GONZALES HERNANDEZ,

11              Plaintiff,                    No. 2:11-cv-3248 GGH P

12        vs.

13   MORIS SENEGOR, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se, who seeks relief pursuant to 42

17   U.S.C. § 1983.  Plaintiff has paid the filing fee.  On July 31, 2012, the court stated that service

18   was appropriate on several defendants and ordered plaintiff to serve them.  On August 13, 2012,

19   plaintiff filed a request to have the US Marshal serve the defendants.  However, plaintiff paid the

20   filing fee and is not proceeding in forma pauperis, thus the court cannot order the US Marshal to

21   serve defendants.  Plaintiff will be provided an application to proceed in forma pauperis that

22   must be fully completed and returned to the court within 21 days.  If in forma pauperis status is

23   granted the court will order the US Marshal to perform service.

24   \\\\\

25   \\\\\

26   \\\\\

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk shall send to plaintiff an application to proceed in forma pauperis;

3        2.  Plaintiff must complete the application and return in within 21 days.

4  DATED: August 23, 2012

5

6                        /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

7

8  GGH: AB
    hern3248.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26