IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE GONZALES HERNANDEZ,

      Plaintiff,                    No. 2:11-cv-3248 GGH P

   vs.

MORIS SENEGOR, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se, who seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee. On July 31, 2012, the court stated that service was appropriate on several defendants and ordered plaintiff to serve them. On August 13, 2012, plaintiff filed a request to have the US Marshal serve the defendants. However, plaintiff paid the filing fee and is not proceeding in forma pauperis, thus the court cannot order the US Marshal to serve defendants. Plaintiff will be provided an application to proceed in forma pauperis that must be fully completed and returned to the court within 21 days. If in forma pauperis status is granted the court will order the US Marshal to perform service.

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send to plaintiff an application to proceed in forma pauperis;

2. Plaintiff must complete the application and return in within 21 days.

DATED: August 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
hern3248.ord