IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE GONZALES HERNANDEZ,

     Plaintiff,                    No. 2:11-cv-3248 GGH P

     vs.

MORIS SENEGOR, et al.,

     Defendants.          <u>ORDER</u>

                                      /

        Plaintiff is a state prisoner proceeding pro se, who seeks relief pursuant to 42 U.S.C. § 1983. This is case is before the undersigned pursuant to plaintiff's consent. Docs. 4, 13. Plaintiff has paid the filing fee and on July 31, 2012, the court stated that service was appropriate for several defendants and ordered plaintiff to serve them. On August 13, 2012, plaintiff filed a request to have the US Marshal serve the defendants. However, as plaintiff paid the filing fee and is not proceeding in forma pauperis, the court was unable to order the US Marshal to serve defendants. Plaintiff was provided an opportunity to submit an application to proceed in forma pauperis which plaintiff completed on September 5, 2012. Doc. 15.

        After reviewing the application, plaintiff's motion to proceed in forma pauperis is denied. Plaintiff currently has $9,293 in his prison trust account. Over the last six months the average balance has been above $8,000. This fails to demonstrate indigence and plaintiff has

1

1 | sufficient funds to obtain a process server to serve the defendants in accordance with Federal
2 | Rule of Civil Procedure 4.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1. Plaintiff's motion to proceed in forma pauperis (Doc. 15) is denied;
5 |     2. Plaintiff must still serve the defendants in accordance with Fed. R. Civ. P. 4.
6 | Failure to serve the defendants may result in this action being dismissed. <u>See</u> Fed. R. Civ. P.
7 | 4(m).
8 | DATED: September 20, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
hern3248.ord2

2